IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

Vs                                          COURT NO. 4:08-mj-_268_ _GMF

MATTHEW D. SMITH

_____

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

VIOLATION NO. 1460242

    That on or about November 2, 2008, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, MATTHEW D. SMITH, did unlawfully drive and was in actual physical control of a motor vehicle while under the influence of alcohol to wit:  .122 grams; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-391(a)(5).

COUNT II

VIOLATION NO. 1460241

    That on or about November 2, 2008, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, MATTHEW D. SMITH did unlawfully fail to operate a motor vehicle upon the roadway laned for traffic; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-48.

MAXWELL WOOD
UNITED STATES ATTORNEY

By:   DAVID J. LONG
SPECIAL ASSISTANT U.S. ATTORNEY